

U.S. Department of Justice

United States Attorney
Eastern District of New York

AES:DCP/LHE/PTH
F. #2016R00505

271 Cadman Plaza East
Brooklyn, New York 11201

November 20, 2020

<u>By Hand and ECF</u>

The Honorable Brian M. Cogan
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:   United States v. Joseph Mann
            <u>Criminal Docket No. 16-640 (BMC)</u>

Dear Judge Cogan:

      On November 8, 2020, the defendant Joseph Mann successfully completed a two-year period during which the prosecution against him in connection with the above-captioned matter was deferred, pursuant to a Deferred Prosecution Agreement between the parties. Accordingly, the government respectfully requests that the counts of the above-captioned Indictment charging Mann, namely, Counts One, Two, Three, Four and Five, be dismissed.

      Respectfully submitted,

      SETH D. DuCHARME
      Acting United States Attorney

By:   /s/ Lauren Howard Elbert
      Lauren Howard Elbert
      David C. Pitluck
      Patrick T. Hein
      Assistant U.S. Attorneys
      (718) 254-7577